1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LORENZO CASTENEDA,                          No.  2:21-cv-2196 KJN P

12              Plaintiff,

13        v.                                      ORDER

14   J. QUIRING, et al.,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42

18   U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma

20   pauperis on the form used by this district.  Accordingly, plaintiff's application is dismissed, and

21   plaintiff is provided the opportunity to submit the application on the appropriate form.

22        In accordance with the above, IT IS HEREBY ORDERED that:

23        1.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is dismissed without

24   prejudice;

25        2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma

26   Pauperis By a Prisoner; and

27   /////

28   ////

                                                 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   3.  Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  December 9, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cast2196.3d

2