IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENZO CASTENEDA,** | Case No. 2:21-cv-2196 JAM KJN P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. QUIRING, et al.,** | |
| Defendants. | |

Plaintiff, an inmate proceeding pro se with a civil rights case under 42 U.S.C. § 1983, claims defendants retaliated against him in violation of the First Amendment and subjected him to cruel and unusual punishment in violation of the Eight Amendment. On April 28, 2022, the Court issued an order referring the case to its Post-Screening ADR Project. (ECF No. 21.) On May 27, 2022, defendants filed a request to opt out of the ADR Project on the grounds that a settlement conference would be futile. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request (ECF No. 22) is granted;
2. The stay of this action is lifted; and
3. Defendants shall file a responsive pleading on or before July 26, 2022.

Dated: May 31, 2022

/cast2196.opt

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE