UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO CASTENEDA, | No.  2:21-cv-2196 DAD KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. QUIRING, et al., | |
| Defendants. | |

Defendants filed a motion for extension of time to file an opposition to plaintiff's motion to compel.  Plaintiff does not oppose the extension.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Defendants' motion for an extension of time (ECF No. 33) is granted; and

2.  Defendants shall file their opposition to plaintiff's motion on or before February 9, 2022.  Plaintiff's reply, if any, is due fourteen days thereafter.  L.R. 230(l).

Dated:  December 23, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cast2196.ext

1