IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENZO CASTENEDA,** | Case No. 2:21-cv-02196 DAD KJN P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **J. QUIRING, et al.,** | |
| Defendants. | |

 Plaintiff is a state prisoner proceeding pro se. Defendants Chamberlin, McTaggart, Arteaga, Quiring, Rowe, and Medina move for a seven-day extension of the February 13, 2024 filing deadline for pretrial motions due to the temporary illness of defense counsel.

 "The district court is given broad discretion in supervising the pretrial phase of litigation." <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" <u>Zivkovic v. Southern California Edison Co.</u>, 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting <u>Johnson</u>, 975 F.2d at 607).

////

Due to counsel's illness, the undersigned finds good cause supports the brief extension of the pretrial motions deadline.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion (ECF No. 59) is granted; and

2. The pretrial motions filing deadline is extended until February 20, 2024.

Dated:  February 9, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/cast2196.16b3